EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2005

at ____ o'clock and ____ min ____ .
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>JERRY J. PONCE,<br><br>              Defendant. | ) CR. NO. CR05-00301 HG<br>)<br>) INDICTMENT<br>) [18 U.S.C. §§ 371 and 1028(a)(2)]<br>)<br>)<br>)<br>)<br>)<br>) |

INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown but from at least on or about

January 1, 2002 to on or about December 31, 2003, in the District

of Hawaii, defendant JERRY J. PONCE did conspire with R.D., not a

defendant herein, to commit an offense against the United States,

that is, to transfer in and affecting interstate and foreign commerce State of Hawaii drivers' licenses and learners' permits, knowing that such drivers' licenses and learners' permits were produced without lawful authority.

In violation of Title 18, United States Code, Section 1028(a)(2).

### Overt Acts

In furtherance of the conspiracy and to effect the objectives of this conspiracy, the defendant and his co-conspirators performed overt acts in the District of Hawaii, including but not limited to:

1.  In approximately January 2002, the defendant and R.D., not a defendant herein, met at the defendant's residence and discussed the transfer of State of Hawaii drivers' licenses and learners' permits in exchange for United States currency.

2.  On or about February 8, 2002, defendant JERRY J. PONCE caused the transfer of a State of Hawaii driver's license in the name of "W.A." knowing that such driver's license was produced without lawful authority;

3.  On or about April 19, 2002, defendant JERRY J. PONCE caused the transfer of a State of Hawaii driver's license in the name of "R.K." knowing that such driver's license was produced without lawful authority;

4.  On or about September 23, 2002, defendant JERRY J. PONCE caused the transfer of a State of Hawaii driver's license in the name of "L.F." knowing that such driver's license was produced without lawful authority;

5.  On or about October 28, 2002, defendant JERRY J. PONCE caused the transfer of a State of Hawaii driver's license in the name of "J.D.R." knowing that such driver's license was produced without lawful authority;

6.  On or about December 30, 2002, defendant JERRY J. PONCE caused the transfer of a State of Hawaii driver's license in the name of "G.D." knowing that such driver's license was produced without lawful authority;

7.  On or about April 9, 2003, defendant JERRY J. PONCE caused the transfer of a State of Hawaii driver's license in the name of "J.G." knowing that such driver's license was produced without lawful authority;

8.  On or about April 11, 2003, defendant JERRY J. PONCE caused the transfer of a State of Hawaii driver's license in the name of "J.G." knowing that such driver's license was produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028 (a)(2).

DATE: _____JUL 1 4 2005_____, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Jerry J. Ponce
Cr. No. _____
INDICTMENT