# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00301HG |
| CASE NAME: | USA v. Jerry J. Ponce |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Michael Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/12/2005 | TIME: | 2:02-2:23:49pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 3/30/2006 at 1:30 p.m. before Judge Gillmor.

The following dates are hereby vacated:
12/12/05, 3:15pm, Final Pretrial Conference, Judge Gillmor
12/13/05, 9:00am, Jury Trial, Judge Gillmor

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Jerry Ponce,sa.wpd