MICHAEL J. PARK,    4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone:   536-4456
Facsimile:    536-4988
E-mail: mparkatty@hawaii.rr.com

Attorney for Defendant
JERRY J. PONCE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at 9 o'clock and 32 min. AM
SUE BEITIA, CLERK

LODGED

JAN 06 2006
9:39 AM may
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>JERRY J. PONCE  )<br>  )<br>          Defendant.  )<br>  )<br>_____ ) | CR. NO. 05-00301 HG<br><br>STIPULATION FOR<br>CONTINUANCE OF TRIAL DATE<br>AND EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT; ORDER<br><br>Old Trial Date:   10/04/05<br>New Trial Date:  12/13/05 |

STIPULATION FOR CONTINUANCE OF TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

The Defendant JERRY J. PONCE, by and through his attorney Michael J. Park and Tom Muehleck, Assistant United States Attorney, on behalf of the United States of America, hereby agree and stipulate and ask the Court to continue the trial in this case from October 4, 2005 to December 13, 2005, for the reasons stated herein and to exclude time under the Speedy Trial Act.

**ORIGINAL**

The continuance is requested by the Defendant Jerry J. Ponce and agreed to by all parties to allow the defendant sufficient time to adequately prepare for trial and based upon recent plea discussions with ASUA Tom Muehleck. The parties agree and the Court finds that the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interest of the defendant and the public in a speedy trial to allow the defendant time to adequately prepare for trial.

Accordingly, it is hereby agreed and stipulated and the Court finds that 1) jury selection and trial for this matter be set for December 13, 2005 at 9:00 a.m., before Judge Helen Gillmor; 2) final pretrial conference be set for December 5, 2005, at 8:30 a.m. before Judge Helen Gillmor 3) Motions are due on November 1, 2005; 4) Responses are due on November 15, 2005. The parties further agree and the Court finds that the period of time from October 4, 2005, to and including

December 13, 2005, constitute a period of excludable delay pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (h)(8)(B)(iv).

DATED: Honolulu, Hawai'i, *Nunc Pro Tunc* 12·11·05.

_T. Muehleck 1/6/06_
TOM MUEHLECK
Assistant U.S. Attorney

_____
MICHAEL J. PARK, Esq.
Attorney for Defendant

APPROVED AND SO ORDERD:

_____
HELEN GILLMOR
United States District Judge
District of Hawaii