EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: 541-2850
Fax No. 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00301 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT; CERTIFICATE OF |
| | ) | SERVICE |
| JERRY J. PONCE, | ) | |
| | ) | Date:  March 30, 2006 |
| Defendant. | ) | Judge: Hon. Helen Gillmor |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  February 10, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Thomas Muehleck
                            THOMAS MUEHLECK
                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Michael J. Park, Esq. | mparkatty@hawaii.rr.com | |
| | legalbeagle@makaao.net | February 10, 2006 |

Served by Hand Deliver:

Ms. Rosanne T. Donohoe                                    February 10, 2006
U.S. Probation Office
District of Hawaii
Honolulu, HI 96813


                                         /s/ Rowena N. Kang