MICHAEL J. PARK,   4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii   96813
Telephone:   (808) 536-4456
Facsimile:   (808) 536-4988

Attorney for Defendant
JERRY PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00301 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANT JERRY J. PONCE'S |
| | ) | SENTENCING STATEMENT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JERRY J. PONCE, | ) | Sentencing: March 30, 2006 |
| | ) | |
| Defendant. | ) | The HONORABLE HELEN |
| | ) | GILLMOR |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

<u>DEFENDANT JERRY J. PONCE'S SENTENCING STATEMENT</u>

COMES NOW the defendant, JERRY J. PONCE, through counsel,

Michael J. Park, and hereby respectfully submits this Sentencing Statement pursuant to the Order of this Court regarding sentencing guidelines, the Notice of Attorneys dated November 4, 1999, and Rule 32 of the Federal Rules of Criminal Procedure.

Defendant and his undersigned counsel have reviewed the factual information contained in the Proposed Presentence Investigation Report prepared February 8, 2006, and have no objections.

DATED: Honolulu, Hawaii, February 22, 2006.

Respectfully submitted,

_____
MICHAEL J. PARK
Attorney for Defendant
JERRY J. PONCE

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Thomas Muehleck
tom.muehleck@usdoj.gov
rowena.kang@usdoj.gov;USAHI.ECFNarcotics@usdoj.gov


Served by First Class Mail or hand-delivery:


ROSANNE T. DONOHOE
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii   96813

       DATED:   Honolulu, Hawaii, February 22, 2006.


_____
MICHAEL J. PARK
Attorney for Defendant