# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 30, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR. 05-00301HG

CASE NAME:        U.S.A. vs. JERRY J. PONCE

ATTYS FOR PLA:    Thomas C. Muehleck

ATTYS FOR DEFT:   Michael J. Park

U.S.P.O.:         Rosanne T. Donohoe

JUDGE:   Helen Gillmor          REPORTER:   Sharon Ross

DATE:    March 30, 2006         TIME:       1:30 - 1:50

COURT ACTION:  SENTENCING TO COUNT 1 OF THE INDICTMENT -

　　　The defendant is present on bond.
　　　The Memorandum of Plea Agreement is accepted.

　　　The Court directed that the photograph on Page 2 of the Presentence Investigaton Report be removed and the defendant's photograph be substituted.

　　　Allocution by the defendant.

　　　ADJUDGED: 3 yrs probation upon the following conditions:

1.  That the defendant shall abide by the standard conditions of supervision.

2.  That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition). **THISCONDITION IS WAIVED BY THE COURT.**

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

9. That the defendant serve 4 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office.

10: Defendant is prohibited from participating in any form of gambling; being in the presence of any illegal or legal gambling; frequenting any business, residence, or area where gambling activities have occurred or are presently occurring; and associating with any persons engaged in gambling or any known gamblers.

Special assessment: $100.
Advised of rights to appeal the sentence.

Submitted by: David H. Hisashima, Courtroom Manager